IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02490-AP

Gloria A. Segovia,

    Plaintiff,

v.

Michael J. Astrue, Commissioner of Social Security

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Gail C. Harriss
450 S. Camino del Rio, Suite 201
Durango, CO 81301
970-247-4411
970-247-1492 (facsimile)
gharriss@harrisslaw.com

For Defendant:

| | |
|---|---|
| John F. Walsh | Stephanie Lynn F. Kiley |
| United States Attorney | Special Assistant United States Attorney |
| | Office of the General Counsel |
| J.B. García | Social Security Administration |
| Assistant United States Attorney | 1001 Seventeenth Street |
| District of Colorado | Denver, Colorado 80202 |
| | (303) 844-0815 |
| | Stephanie.kiley@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42

- 1 -

U.S.C. 405(g).

### 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed: September 19, 2012**

    B.    **Date Complaint Was Served on U.S. Attorney's Office: September 28, 2012**

    C.    **Date Answer and Administrative Record Were Filed: November 26, 2012**

### 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

### 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

### 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

### 7. OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.

### 8. BRIEFING SCHEDULE

Due to Defendant's counsel's caseload and Plaintiff's counsel's caseload, the parties request a briefing schedule outside of the standard time frame.

    A.    **Plaintiff's Opening Brief Due: February 1, 2013**

    B.    **Defendant's Reply Brief (If Any) Due: March 4, 2013**

    C.    **Plaintiff's Reply Brief (If Any) Due: March 19, 2013**

### 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument.

B.     **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice*.

A.     **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.     **(X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 18th day of December, 2012.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

**/s/ Gail C. Harriss**
Gail C. Harriss
450 S. Camino del Rio, Suite 201
Durango, CO 81301
970-247-4411
gharriss@harrisslaw.com

/s/ Stephanie Lynn F. Kiley
By: Stephanie Lynn F. Kiley
Special Assistant U.S. Attorney

1001 17th Street, 6th Floor
Denver, CO 80202
303-844-0815
stephanie.kiley@ssa.gov