IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02490-AP

Gloria A. Segovia,

      Plaintiff,

v.

Michael J. Astrue, Commissioner of Social Security

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

<u>For Plaintiff</u>:

Gail C. Harriss
450 S. Camino del Rio, Suite 201
Durango, CO 81301
970-247-4411
970-247-1492 (facsimile)
gharriss@harrisslaw.com

<u>For Defendant</u>:

| | |
|---|---|
| John F. Walsh<br>United States Attorney | Stephanie Lynn F. Kiley<br>Special Assistant United States Attorney<br>Office of the General Counsel |
| J.B. García<br>Assistant United States Attorney<br>District of Colorado | Social Security Administration<br>1001 Seventeenth Street<br>Denver, Colorado 80202<br>(303) 844-0815<br>Stephanie.kiley@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42

U.S.C. 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed: September 19, 2012**

    **B.**    **Date Complaint  Was Served on U.S. Attorney's Office: September 28, 2012**

    **C.**    **Date Answer and Administrative Record Were Filed: November 26, 2012**

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

## 7. OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.

## 8. BRIEFING SCHEDULE

Due to Defendant's counsel's caseload and Plaintiff's counsel's caseload, the parties request a briefing schedule outside of the standard time frame.

    **A.**    **Plaintiff's Opening Brief Due: February 1, 2013**

    **B.**    **Defendant's Reply Brief (If Any) Due: March 4, 2013**

    **C.**    **Plaintiff's Reply Brief (If Any) Due: March 19, 2013**

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A.**    **Plaintiff's Statement:** Plaintiff does not request oral argument.

**B.**     **Defendant's Statement:** Defendant does not request oral argument.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*<u>Indicate below the parties' consent choice</u>.*

**A.**     **(   )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B.**     **(X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

DATED this 18<u>th</u> day of  December, 2012.

BY THE COURT:

***s/John L. Kane***_____
U.S. DISTRICT COURT JUDGE

APPROVED:                                          UNITED STATES ATTORNEY

**/s/ Gail C. Harriss**_____          /s/ Stephanie Lynn F. Kiley
Gail C. Harriss                                    By: Stephanie Lynn F. Kiley
450 S. Camino del Rio, Suite 201                   Special Assistant U.S. Attorney
Durango, CO 81301
970-247-4411                                       1001 17th Street, 6th Floor
gharriss@harrisslaw.com                            Denver, CO 80202
                                                   303-844-0815
                                                   stephanie.kiley@ssa.gov