IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 12-cv-02490-RM

GLORIA A. SEGOVIA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,[1]

    Defendant.

## ORDER

For the reasons stated in open court on July 10, 2015 (*see* ECF No. 21), the Court AFFIRMS Defendant's denial of supplemental security income benefits. The Clerk of the Court is directed to enter JUDGMENT in Defendant's favor.

DATED this 10th day of July, 2015.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge

---

[1] In accordance with Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this action.